U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

JAN 04 2013

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Williams
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

JOHN DOE
a.k.a. Gallo, Abram Perez
        Defendant.

No. 4:12-mj-06049-04-BD

## ORDER

The Defendant appeared before the Court on this date for an initial appearance. Defendant is not well-versed in the English language and is unable to understand the proceedings being conducted. Defendant and his counsel request the assistance of an interpreter to enable Defendant to communicate with and comprehend the presided judicial officers and other parties at any and all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED this 4th day of January 2013.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE